IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEONARD JONES,

                      Plaintiff,                      ORDER

v.

                                              08-cv-615-bbc

JIM SMITH, Corrections Officer, III,

                      Defendant.

---

      Plaintiff is proceeding in this case on his claim that defendant Jim Smith violated his First Amendment rights by harassing him in retaliation for his statements on matters of politics and warfare and his defense of a conduct report. Now plaintiff has filed a request for access to the court's electronic filing system. However, it is the court's policy not to allow pro se prisoners access to the electronic filing system. Because plaintiff appears to reside at a halfway house in Madison, Wisconsin, he is a "prisoner" for purposes of the court's policy regarding the electronic filing system. Therefore, plaintiff's request for access to the court's electronic filing system will be denied at this time.

      However, plaintiff's request raises further questions because he lists a new address in Rockford, Illinois. Plaintiff should inform the court which of his addresses is correct. If resolution of this issue shows that plaintiff is not in a halfway house, he may request that the court reconsider its decision regarding access to the electronic filing system.

ORDER

IT IS ORDERED that plaintiff's request for access to the court's electronic filing system, dkt. #27, is DENIED.

Entered this 29th day of May, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge